IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY WOODARD,<br>　　　　Plaintiff,<br>　vs.<br>MERCED SCHOOL EMPLOYEES FEDERAL CREDIT UNION; and DOES 1 through 10, inclusive,<br>　　　　Defendants.<br>_____/ | 1:16-cv-00594-AWI-SKO<br><br>**ORDER DISMISSING ACTION AND CLOSING CASE**<br><br>(Doc. 10) |

　　On April 26, 2016, Plaintiff Tiffany Woodward filed a complaint against Merced School Employees Federal Credit Union ("MSE FCU"), and Does 1 through 10. Doc. 1 On August 29, 2016, plaintiff filed a notice voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to Defendant MSE FCU. In light of the notice, this case has terminated, and is hereby DISMISSED with prejudice as to MSE FCU and without an award of attorneys' fees and costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997). No allegations specifically identify any conduct by the Doe Defendants. As such, this action will be dismissed as to the Doe Defendants as well.[1]

　　The Court respectfully directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:　August 30, 2016　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

---

[1] If it was not Plaintiff's intent to dismiss this action in its entirety, it may seek relief from this order.

1